JS-6/ENTER

**FILED**
OCT 16 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ROGER ANSON, | Case No. SACV 08-0580-GW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: October 14, 2008

_____
George H. Wu
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY